UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BARBARA J. DRAYTON,

        Plaintiff,                        Case No.  1:05cv545

v.                                        Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                         /

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties on May 30, 2006.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 30, 2006, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**.

                                                     /s/Gordon J. Quist
                                                    Hon. Gordon J. Quist
                                                    U.S. District Judge

Dated:  June 22, 2006